**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LINDSEY LICARI,

        Plaintiff,

vs.

RENA HUGHES, et al.,

        Defendant.

2:20-cv-02114-GMN-VCF

**ORDER**

    Before the Court is Defendant Lipson Neilson P.C.'s Emergency Motion to Stay Discovery (ECF NO. 60).

    Accordingly,

    IT IS HEREBY ORDERED that discovery is temporarily stayed pending further order of the court.

    IT IS FURTHER ORDERED that any opposition to Defendant Lipson Neilson P.C.'s Emergency Motion to Stay Discovery (ECF NO. 60) must be filed on or before February 23, 2021. Any reply in support of Defendant Lipson Neilson P.C.'s Emergency Motion to Stay Discovery (ECF NO. 60) must be filed on or before March 1, 2021.

    DATED this 16th day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE